IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Ellis Bragg,<br><br>            Plaintiff,<br><br>v.<br><br>Carolyn W. Colvin, Acting Commissioner of Social Security Administration,<br><br>            Defendant. | No. CV-12-00813-TUC-CKJ<br><br>**ORDER** |

On February 7, 2014, Magistrate Judge D. Thomas Ferraro issued a Report and Recommendation, (Doc. 38), in which he recommended that this Court vacate the Commissioner's decision denying Plaintiff's claim for benefits and remand the case to the Administrative Law Judge for further proceedings. ("ALJ").

Specifically, Magistrate Judge Ferraro recommended that the case be remanded to the ALJ because the ALJ failed to provide legally sufficient reasons for determining that Plaintiff had the mental impairment of "situational affective disorder" as opposed to "major depressive disorder, severe, without psychosis." The ALJ further failed to provide sufficient reasons in evaluating the opinions of Plaintiff's treating doctors regarding Plaintiff's mental impairment. Magistrate Judge Ferraro further recommends that the ALJ consider that Plaintiff amended his onset date from February 25, 2005 to March 13, 2009, which the ALJ failed to discuss in his decision.

No objections have been filed within the time provided by Federal Rule of Civil Procedure 72(b)(2).

Accordingly, after an independent review, IT IS ORDERED:

1. The Report and Recommendation (Doc. 38) is ADOPTED.

2. This matter is remanded to the Administrative Law Judge for further consideration consistent with the terms of this Order and the Report and Recommendation, (Doc. 38).

3. The Clerk of the Court shall enter judgment in this matter and close its file.

Dated this 25th day of March, 2014.

_____
Cindy K. Jorgenson
United States District Judge